# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ROBERT CURTIS FINCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV610-015 |
| SUSANNA PEDIGO, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Upset that defendant Susanna Pedigo negligently represented his uncle, who was then convicted of a crime and sentenced to 200 months' imprisonment, pro se plaintiff Robert Curtis Finch alleges that Pedigo has caused him "serious mental distress" and thus has sued her in this Court. Doc. 1. As he has done in over 20 other frivolous cases, Finch moves this Court for leave to proceed *in forma pauperis* (IFP). Doc. 2. He also has filed a "Motion to add 3rd party defendants," in which he seeks to jointly sue Pedigo, a district judge, and the U.S. Attorney General because they "allowed [his uncle] to be sentenced

unconstitutionally and sentenced him with knowledge of th[at fact." Doc. 4 at 2.

For jurisdiction-granting purposes only, the Court **GRANTS** plaintiff's IFP motion (doc. 2). It **DENIES** his motion to add defendants (doc. 4) as patently nonsensical. Finally, because this state-law tort case sits on no jurisdiction (no federal question presented to invoke 28 U.S.C. § 1331, no diversity jurisdiction pled to invoke 28 U.S.C. § 1332, and no specific jurisdictional statute cited), it should be **DISMISSED WITH PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this 10th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA