FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 MAY 17 PM 12: 00

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

|  |  |  |
|---|---|---|
| ROBERT CURTIS FINCH, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV610-015 |
| SUSANNA PEDIGO, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _17_ day of _May_, 2010.

B. AVANT EDENFIELD, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA