UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBER CURTIS FINCH,

Plaintiff,

v.  6:10-cv-015

SUSANNA PEDIGO,

Defendant

## ORDER

Robert Curtis Finch filed a complaint in the above-styled action in January 2010. Since that time, the case has been dismissed for lack of jurisdiction. *See* Docs. 5 (Magistrate's Report and Recommendation), 9 (Order adopting).

Mr. Finch has now filed a Motion requesting a jury trial of the issues in his complaint. *See* Doc. 13. Because the case is no longer pending, Mr. Finch cannot properly request a jury trial. Mr. Finch is hereby advised that no further action is this case is permitted, as the matter is closed.

Mr. Finch's Motion requesting a jury trial is hereby ***DENIED.***

This 27th day of July 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA